# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracy Y. Taylor<br>aka Tracy Taylor<br>aka Tracy Y Taylor-Barkley<br>dba Taylor's Personal Care Home LLC<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-17997 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Kevin G. McDonald, Esquire**
    Kevin G. McDonald, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322