# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 18-17997-ELF

TRACY Y TAYLOR

2113-15 WEST HUNTING PARK AVENUE

PHILADELPHIA, PA 19140

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

TRACY Y TAYLOR

2113-15 WEST HUNTING PARK AVENUE

PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Date: 3/11/2019

                    /S/ William C. Miller

                    _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee