# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracy Y. Taylor aka Tracy Taylor aka Tracy Y Taylor-Barkley dba Taylor's Personal Care Home LLC<br>Debtor(s) | CHAPTER 13 |
| M&T BANK, its successors and/or assigns<br>Movant<br>vs.<br>Tracy Y. Taylor aka Tracy Taylor aka Tracy Y Taylor-Barkley dba Taylor's Personal Care Home LLC<br>Debtor(s) | NO. 18-17997 ELF |
| William C. Miller Esq.<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T BANK, which was filed with the Court on or about **April 1, 2019, docket 27**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant

April 19, 2019