IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                   :        CHAPTER 13
TRACY Y. TAYLOR                         :
         DEBTOR                         :        CASE NO:     18-17997-ELF

### ORDER APPROVING COUNSEL FEE

AND NOW, this 23rd day of July 2019, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED ~~and DECREED~~ that a counsel fee in the amount of ~~$4,500.00~~ **$4,000.00** is approved and the balance due counsel in the amount of ~~$3,000.00~~ **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.~~to the extent provided for in the confirmed plan.~~ *

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

_____

\* The purported "time records" submitted in support of the Application are not contemporaneous time records or even itemized reconstructed time records as required in support of an application for compensation. Therefore, I have allowed counsel the "no-look" compensation authorized by local rule