United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tracy Y Taylor  
       Debtor

Case No. 18-17997-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jul 23, 2019  
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.  
db        +Tracy Y Taylor,    2113-15 West Hunting Park Avenue,    Philadelphia, PA 19140-2815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2019 02:28:25    U.S. Attorney Office,  
        c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:  
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
      PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,  
       karena.blaylock@phila.gov  
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Tracy Y Taylor bestcasestephen@gmail.com,  
       dunnesr74587@notify.bestcase.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                            TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TRACY Y. TAYLOR | : | |
| DEBTOR | : | CASE NO:   18-17997-ELF |

## ORDER APPROVING COUNSEL FEE

AND NOW, this 23rd day of July 2019, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED ~~and DECREED~~ that a counsel fee in the amount of ~~$4,500.00~~ $4,000.00 is approved and the balance due counsel in the amount of ~~$3,000.00~~ $2,500.00 shall be disbursed for debtor by the Standing Chapter 13 ~~Trustee.~~ to the extent provided for in the confirmed plan.*

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

_____

*   The purported "time records" submitted in support of the Application are not contemporaneous time records or even itemized reconstructed time records as required in support of an application for compensation.  Therefore, I have allowed counsel the "no-look" compensation authorized by local rule