IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                         :
                                               :         Chapter 13
          TRACY Y. TAYLOR,                     :
                                               :         Bankruptcy No. 18-17997 (ELF)
                          Debtor.              :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 12-2 filed by the City of Philadelphia on August 13, 2019 in the amount of $2,001.24.

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: October 3, 2019        By:    /s/ Pamela Elchert Thurmond
                                                        PAMELA ELCHERT THURMOND
                                                        Deputy City Solicitor
                                                        PA Attorney I.D. 202054
                                                        City of Philadelphia Law Department
                                                         1401 JFK Blvd., 5th Floor
                                                         Philadelphia, PA  19102-1595
                                                         215-686-0508 (phone)
                                                         215-686-0588 (facsimile)
                                                         Email: Pamela.Thurmond@phila.gov