United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17997-elf
Tracy Y Taylor                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Oct 03, 2019
                              Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db          +Tracy Y Taylor,   2113-15 West Hunting Park Avenue,   Philadelphia, PA 19140-2815
cr          +M&T BANK,   c/o KEVIN G. MCDONALD,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14261930    +M&T BANK,   c/o KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541
14240972    +M&T BANK (P),   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE, NY 14221-7748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:12     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:57
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2019 03:07:05     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 04 2019 03:05:38
              BMW Financial Services NA, LLC, c/o AIS Portfolio,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
cr           +E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:12     CITY OF PHILADELPHIA,
              Tax & Revenue Unit,   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   Major Tax Litigation Division,
              Philadelphia, PA 19102-1613
cr           +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2019 03:05:11     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14240969     +E-mail/Text: camanagement@mtb.com Oct 04 2019 03:06:47     M & T,   PO BOX 840,
              Buffalo, NY 14240-0840
14240970      E-mail/Text: camanagement@mtb.com Oct 04 2019 03:06:47     M & T Bank,   1100 Wehrle Drive,
              Buffalo, NY 14221
14271732      E-mail/Text: camanagement@mtb.com Oct 04 2019 03:06:47     M & T Bank,   P.O. Box 840,
              Buffalo, NY 14240
14240971      E-mail/Text: camanagement@mtb.com Oct 04 2019 03:06:47     M&T Bank,   PO BOX 1056,
              Buffalo, NY 14240
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Tracy Y Taylor bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

*Stip does not directly affect confirmed plan*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tracy Y. Taylor aka Tracy Taylor aka Tracy Y Taylor-Barkley dba Taylor's Personal Care Home LLC <br> Debtor | CHAPTER 13 |
| M&T BANK <br> Movant <br> vs. | NO. 18-17997 ELF |
| Tracy Y. Taylor aka Tracy Taylor aka Tracy Y Taylor-Barkley dba Taylor's Personal Care Home LLC <br> Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esquire <br> Trustee | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$9,775.20,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | June 2019 to September 2019 at $2,590.65/month |
| Suspense Balance: | $587.40 |
| **Total Post-Petition Arrears** | **$9,775.20** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Within seven (7) days of the Court approving this Stipulation, the Debtor shall make a down payment in the amount of **$7,000.00;**

b). Beginning on October 1, 2019 and continuing through March 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$2,590.65** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$462.54 from October 2019 to February 2020 and $462.50 for March 2020** towards the arrearages on or before the last day of each month at the address below;

M&T BANK<br>
P.O. BOX 62182<br>
BALTIMORE, MD 21264-2182

<u>Overnight Mail</u>

M&T BANK
1 Fountain Plaza 7F
Buffalo, NY 14203

<u>Payment by Phone</u>

M&T Bank: 800-724-2224
or
Bayview Customer Service: 866-709-3400

     c).    Maintenance of current monthly mortgage payments to the Movant thereafter.

3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   September 20, 2019

By: /s/ Kevin G. McDonald, Esquire
Attorney for Movant

Date: *September 27, 2019*

/s/ Stephen Matthew Dunne, Esquire
Stephen Matthew Dunne, Esquire
Attorney for Debtor

Date: October 1, 2019

William C. Miller, Esquire
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any
trustee rights and remedies.

**ORDER**

Approved by the Court this 3rd day of October, 2019. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Eric L. Frank