**REQUESTOR'S NAME:** Aldridge Pite, LLP

**ADDRESS:** 4375 Jutland Dr. Suite 200, P.O. Box 17933

San Diego, CA 92177-0933

**TELEPHONE NO.:** (858) 750-7600

## UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

| In re<br>Tracy Y Taylor | CASE NO.: 18-17997-elf<br>Chapter  7 _____  11 _____  13 ✔ |
|---|---|
| | **CHANGE OF ADDRESS**<br><br>_____ DEBTOR<br>✔ CREDITOR     **CHECK ONLY ONE** |

(Please print or type)                **MUST BE FILED IN DUPLICATE**

**NAME:** Community Loan Servicing, LLC

**NEW MAILING ADDRESS:** 4425 Ponce de Leon Blvd., 3rd Floor

Coral Gables, FL 33146

Dated: 12/08/2022

*Signature*

Agent for Community Loan Servicing, LLC

*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
*Revised 03/03*

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In re<br><br>TRACY Y TAYLOR AKA TRACY TAYLOR AKA TRACY Y TAYLOR-BARKLEY,<br><br>Debtor(s). | Case No. 18-17997-elf<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Thanh T. Ha, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this case.

On December 8, 2022, I caused the NOTICE OF CHANGE OF ADDRESS to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.


/s/Thanh T. Ha
THANH T. HA

PROOF OF SERVICE

- 1 -

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Tracy Y Taylor
2113-15 West Hunting Park Avenue
Philadelphia, PA 19140


**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

STEPHEN MATTHEW DUNNE


**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

KENNETH E. WEST


**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee

- 2 -

PROOF OF SERVICE