Brian K. Jordan
bjordan@aldridgepite.com
**ALDRIDGE PITE, LLP**
Six Piedmont Center
3525 Piedmont Road, N.E.
Suite 700
Atlanta, GA 30305
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent for Community Loan Servicing, LLC

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In re | Case No. 18-17997-elf |
| TRACY Y TAYLOR, | Chapter 13 |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #9-1** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by Community Loan Servicing, LLC on February 11, 2019, and assigned as Claim number 9-1, is hereby withdrawn, without prejudice.

Dated: August 30, 2023                    ALDRIDGE PITE, LLP


/s/ Brian K. Jordan
BRIAN K. JORDAN
Agent for Community Loan Servicing, LLC

- 1 -

Brian K. Jordan
bjordan@aldridgepite.com
**ALDRIDGE PITE, LLP**
Six Piedmont Center
3525 Piedmont Road, N.E.
Suite 700
Atlanta, GA 30305
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Agent for Community Loan Servicing, LLC

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In re | Case No. 18-17997-elf |
| TRACY Y TAYLOR AKA TRACY TAYLOR AKA TRACY Y TAYLOR-BARKLEY DBA TAYLOR'S PERSONAL CARE HOME LLC, | Chapter 13 |
| | **PROOF OF SERVICE** |
| Debtor(s). | |

I, Brandon M. Watt, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On August 30, 2023, I caused a copy of the NOTICE OF WITHDRAWAL OF CLAIM NO. 9-1 to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Brandon M. Watt
BRANDON M. WATT

## SERVICE LIST

**DEBTOR(S)**

Tracy Y Taylor
2113-15 West Hunting Park Avenue
Philadelphia, PA 19140

**DEBTOR(S) ATTORNEY**
**(Via Electronic Notice)**

STEPHEN MATTHEW DUNNE
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
bestcasestephen@gmail.com

**CHAPTER 13 TRUSTEE**
**(Via Electronic Notice)**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

**U.S. TRUSTEE**
**(Via Electronic Notice)**

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

**PROOF OF SERVICE**