**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Tracy Taylor | : | |
| | : | |
| DEBTOR | : | |
| | : | CASE NO:   18-17997-AMC |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED, than on December 6, 2023, a true and correct copy of the Debtor's Notice of Motion; Motion to Modify Debtor's Confirmed Chapter 13 Plan; Proposed Order; and Exhibit A was served upon all secured and priority creditors, all creditors on the Clerk's Service List, and all creditors adversely affected by the changes tot he original plan who are not on the Clerk's Service List, and the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

                                                Respectfully submitted:

                                                DUNNE LAW OFFICES. P.C.

Dated: December 6, 2023                          By: /s/ *Stephen M. Dunne*
                                                       STEPHEN M. DUNNE. ESQUIRE
                                                       Attorney for Debtor
                                                       1515 Market Street, Suite 1200
                                                       Philadelphia, PA 19102
                                                       (215) 551-7109  Phone
                                                       (215) 525-9721 Fax