**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| TRACY TAYLOR | : | |
| Debtor. | : | Case No.  18-17997-AMC |

**PRAECIPE TO WITHDRAW D.I. # 70**

Kindly withdraw Debtor Counsel's D.I. # 70 filed on December 6, 2023.

Respectfully submitted,

Stephen M. Dunne, Esquire

/s/ Stephen M. Dunne
STEPHEN M. DUNNE
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)
215-525-9721 (F)

Attorney for Debtor