UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| TRACY Y TAYLOR | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-17997 AMC |

**CHAPTER 13 STANDING TRUSTEE'S ANSWER TO MOTION TO MODIFY PLAN**

  Kenneth E. West, Chapter 13 standing trustee ("standing trustee"), answers the Motion to Modify Plan ("Motion"), with respect to the provisions of 11 U.S.C. § 1329(d), as follows:

  1. Debtor filed a plan that was confirmed May 14, 2019. The base amount of the confirmed plan provided to pay the trustee $189,144.95.

  2. Debtor has not completed payments under the confirmed plan and still owes $3071.02.

  3. Debtor now seeks to modify the confirmed plan, reduce the base amount, and seek a refund.

  4. The confirmed plan binds the debtor who should be required to complete payments under the confirmed plan and deny the request for a refund.

  WHEREFORE, the standing trustee requests that any Order permitting the modification be consistent with the foregoing.

                Respectfully submitted,

                /s/ Jack K. Miller, Esquire *for*
                _____
Date: January 10, 2024,       Kenneth E. West, Esquire
                Chapter 13 Standing Trustee