# Claim Summary



Case **1817997**   Debtor1 **TRACY Y TAYLOR**   Trustee **WEST, KENNETH E. (PHILADELPHIA, PA)**

| CLAIM NUMBER | CREDITOR NAME | CLAIM DESCRIPTION | CLAIM AMOUNT | SCHEDULED AMOUNT | INTEREST PAID | PRINCIPAL PAID ▼ | PRINCIPAL OWED | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 9 | COMMUNITY LOAN SERVICING, LLC | SECURED ARREARS MORTGAGE | $149,027.31 | $0.00 | $0.00 | $139,909.78 | $9,117.53 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | SECURED CLAIM FIXED OR PRO RATA | $15,872.53 | $0.00 | $0.00 | $15,872.53 | $0.00 | $0.00 |
| 8 | PENNSYLVANIA DEPT. OF REVENUE | SECURED CLAIM FIXED OR PRO RATA | $3,199.10 | $0.00 | $0.00 | $3,199.10 | $0.00 | $0.00 |
| 0 | STEPHEN MATTHEW DUNNE, ESQ. | ATTORNEY FEE | $2,500.00 | $0.00 | $0.00 | $2,500.00 | $0.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF EDUCATION | UNSECURED CLAIM | $71,421.73 | $0.00 | $0.00 | $1,645.38 | $69,776.35 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | PRIORITY CLAIM FIXED OR PRO RATA | $850.46 | $0.00 | $0.00 | $850.46 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | UNSECURED CLAIM | $22,327.23 | $0.00 | $0.00 | $514.36 | $21,812.87 | $0.00 |
| 2 | BMW FINANCIAL SERVICES N.A. LLC | UNSECURED CLAIM | $20,377.55 | $0.00 | $0.00 | $469.45 | $19,908.10 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | UNSECURED CLAIM | $1,930.73 | $0.00 | $0.00 | $44.48 | $1,886.25 | $0.00 |
| 7 | SYNCHRONY BANK BY AIS INFOSOURCE LP | UNSECURED CLAIM | $1,148.67 | $0.00 | $0.00 | $26.46 | $1,122.21 | $0.00 |
| 8 | PENNSYLVANIA DEPT. OF REVENUE | PRIORITY CLAIM FIXED OR PRO RATA | $0.03 | $0.00 | $0.00 | $0.03 | $0.00 | $0.00 |
| 0 | | DEBTOR REFUND | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | STEPHEN MATTHEW DUNNE, ESQ. | OTHER ATTORNEY | $0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITY OF PHILA | PRIORITY CLAIM FIXED OR PRO RATA | $0.00 | $2,001.24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CITY OF PHILA | SECURED CLAIM FIXED OR PRO RATA | $1,475.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | BMW FINANCIAL SERVICES N.A. LLC | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | BMW FINANCIAL SERVICES N.A. LLC | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | BMW FINANCIAL SERVICES N.A. LLC | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CENTRAL CREDIT SERVICES | UNSECURED CLAIM | $0.00 | $274.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CREDIT ONE BANK | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DSNB BLOOMINGDALES | UNSECURED CLAIM | $0.00 | $955.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DSNB BLOOMINGDALES | UNSECURED CLAIM | $0.00 | $955.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DSNB BLOOMINGDALES | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $71,090.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CLAIM NUMBER | CREDITOR NAME | CLAIM DESCRIPTION | CLAIM AMOUNT | SCHEDULED AMOUNT | INTEREST PAID | PRINCIPAL PAID | PRINCIPAL OWED | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 26 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK | UNSECURED CLAIM | $349.56 | $0.00 | $0.00 | $0.00 | $349.56 | $0.00 |
| 30 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | FEDLOAN SERVICING | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | NORDSTROM FSB | UNSECURED CLAIM | $0.00 | $4,734.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | SYNCB/LORD & TAYLOR | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED CLAIM | $0.00 | $67.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | TARGET | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | AMERICAN HONDA FINANCE CORPORATION | UNSECURED CLAIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | BMW FINANCIAL SERVICES N.A. LLC | UNSECURED CLAIM | $0.00 | $6,248.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | UNSECURED CLAIM | $219.85 | $0.00 | $0.00 | $0.00 | $219.85 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | UNSECURED CLAIM | $193.48 | $0.00 | $0.00 | $0.00 | $193.48 | $0.00 |
| 8 | PENNSYLVANIA DEPT. OF REVENUE | UNSECURED CLAIM | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 |