**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tracy Taylor, | : | |
| Debtor | : | Bky. No. 18-17997-AMC |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Amedned Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee, It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #86) is **APPROVED**.

**Date:** Jan. 17, 2024

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**