United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-17997-amc
Tracy Y Taylor  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 5
Date Rcvd: Jun 06, 2024  Form ID: 138OBJ  Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracy Y Taylor, 2113-15 West Hunting Park Avenue, Philadelphia, PA 19140-2815 |
| 14240918 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE, 201 LITTLE FALLS DR, WILMINGTON, DE 19808 |
| 14323953 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14240944 | + | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240956 | + | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14261930 | + | M&T BANK, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14240972 | + | M&T BANK (P), LEGAL DOCUMENT PROCESSING, 1100 WHERLE DRIVE, WILLIAMSVILLE, NY 14221-7748 |
| 14240976 | + | SYNCB/LORD & TAYLOR, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14240917 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 07 2024 00:00:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 14741586 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 07 2024 00:00:00 | Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P/O/ Box 17933, San Diego, CA 92117-3600 |
| 14240923 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 07 2024 00:08:46 | BMW FINANCIAL SERVICES, PO BOX 3608, DUBLIN, OH 43016 |
| 14252257 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 07 2024 00:08:50 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 14240919 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 07 2024 00:24:32 | BMW FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 3608, DUBLIN, OH 43016 |
| 14242864 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2024 00:25:26 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14240927 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2024 00:08:31 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14240928 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2024 00:24:37 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 14240929 | + | Email/Text: ngisupport@radiusgs.com | Jun 06 2024 23:59:00 | CENTRAL CREDIT SERVICES, LLC, 9550 REGENCY SQUARE BLVD, SUITE 500A, JACKSONVILLE, FL 32225-8169 |
| 14240930 | + | Email/Text: ngisupport@radiusgs.com | Jun 06 2024 23:59:00 | CENTRAL CREDIT SERVICES, LLC, 9550 REGENCY SQUARE, JACKSONVILLE, FL |

Case 18-17997-amc    Doc 92    Filed 06/08/24    Entered 06/09/24 00:32:54    Desc Imaged
                          Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 32225-8169 |
| 14338972 | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14372601 | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14334235 | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia Law Department, c/o Pamela Elchert Thuromond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14349789 | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14240933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 07 2024 00:00:00 | COMENITY BANK/J CREW, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14240932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 07 2024 00:00:00 | COMENITY BANK/J CREW, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14240935 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 07 2024 00:00:00 | COMENITYBANK/ANNTYLR, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 14240934 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 07 2024 00:00:00 | COMENITYBANK/ANNTYLR, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14240936 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2024 00:08:45 | CREDIT ONE BANK, ATTN: BANKRUPTCY, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14240937 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2024 00:08:27 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 14263486 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2024 00:08:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14240931 | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City Of Philadelphia, Taxpayer Services, 1401 J.F.K. Boulevard, Philadelphia, PA 19102 |
| 14741585 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2024 23:59:00 | Community Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 3rd Floor, Coral Gables, Fl 33146-1839 |
| 14832339 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 07 2024 00:00:00 | Community Loan Servicing, LLC, c/o Wendy Locke, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14765969 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 07 2024 00:00:00 | Community Loan Servicing, LLC, c/o BRIAN K. JORDAN, Aldridge Pite, LLP, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305-1608 |
| 14240938 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:08:47 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 14240941 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:09:07 | DSNB BLOOMINGDALES, PO BOX 8218, MASON, OH 45040 |
| 14240968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 07 2024 00:00:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14240969 | + | Email/Text: camanagement@mtb.com | Jun 07 2024 00:00:00 | M & T, PO BOX 840, Buffalo, NY 14240-0840 |
| 14240970 | | Email/Text: camanagement@mtb.com | Jun 07 2024 00:00:00 | M & T Bank, 1100 Wehrle Drive, Buffalo, NY 14221 |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 14271732 | | Email/Text: camanagement@mtb.com | Jun 07 2024 00:00:00 | M & T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 14240971 | | Email/Text: camanagement@mtb.com | Jun 07 2024 00:00:00 | M&T Bank, PO BOX 1056, Buffalo, NY 14240 |
| 14240974 | + | Email/Text: bnc@nordstrom.com | Jun 07 2024 00:00:50 | NORDSTROM FSB, 13531 E CALEY AVE, ENGLEWOOD, CO 80111-6505 |
| 14240973 | + | Email/Text: bnc@nordstrom.com | Jun 07 2024 00:00:07 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 14270115 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14243794 | | Email/Text: bnc-quantum@quantum3group.com | Jun 07 2024 00:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14267642 | | Email/Text: bnc-quantum@quantum3group.com | Jun 07 2024 00:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14240975 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 07 2024 00:08:50 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14240977 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 07 2024 00:24:51 | SYNCHRONY BANK/BANANA REPUBLIC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14240978 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 07 2024 00:08:50 | SYNCHRONY BANK/BANANA REPUBLIC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14241905 | | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2024 00:08:28 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Sante Fe Ave, Oklahoma City, OK 73118 |
| 14268991 | | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2024 00:08:46 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO Box 4457, Houston, TX 77210-4457 |
| 14240980 | + | Email/Text: bncmail@w-legal.com | Jun 07 2024 00:00:00 | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14240979 | | Email/Text: bncmail@w-legal.com | Jun 07 2024 00:00:00 | TARGET, TARGET CARD SERVICES, MAIL STOP NCB-0461, MINNEAPOLIS, MN 55440 |
| 14759777 | + | Email/Text: EBN@edfinancial.com | Jun 06 2024 23:59:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14240922 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 3608, DUBLIN, OH 43016 |
| 14240924 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, PO BOX 3608, DUBLIN, OH 43016 |
| 14240925 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, PO BOX 3608, DUBLIN, OH 43016 |
| 14240926 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, PO BOX 3608, DUBLIN, OH 43016 |
| 14240920 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 3608, DUBLIN, OH 43016 |
| 14240921 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 3608, DUBLIN, OH 43016 |
| 14242865 | *+ | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14762046 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 3rd Floor, Coral Gables, FL 33146-1839 |
| 14240939 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |

Case 18-17997-amc   Doc 92   Filed 06/08/24   Entered 06/09/24 00:32:54   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

| | | |
|---|---|---|
| 14240940 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 14240942 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB BLOOMINGDALES, PO BOX 8218, MASON, OH 45040 |
| 14240943 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB BLOOMINGDALES, PO BOX 8218, MASON, OH 45040 |
| 14240945 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240946 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240947 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240948 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240949 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240950 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240951 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240952 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240953 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240954 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240955 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14240957 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240958 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240959 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240960 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240961 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240962 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240963 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240964 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240965 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240966 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14240967 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |

TOTAL: 0 Undeliverable, 35 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

**Name**            **Email Address**

KENNETH E. WEST
    ecfemails@ph13trustee.com   philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com   philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Tracy Y Taylor DunneLawOfficesPC@jubileebk.net   bestcasestephen@gmail.com

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: 138OBJ | Total Noticed: 54 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tracy Y Taylor
    Debtor(s)

Case No: 18−17997−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

>900 Market Street
>Suite 400
>Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/6/24

91 − 89
Form 138OBJ